1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA**

3    VICTOR RUIZ,

Case No.: 3:23-cv-00366-RCJ-CSD

4         Plaintiff

**Report & Recommendation of
United States Magistrate Judge**

5    v.

6    ELKO POLICE DEPARTMENT,

7         Defendant

8

9         This Report and Recommendation is made to the Honorable Robert C. Jones, Senior

10   United States District Judge. The action was referred to the undersigned Magistrate Judge

11   pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

12        On July 20, 2023, Plaintiff filed this action, and on August 7, 20203, the court issued an

13   order directing Plaintiff to file a completed application to proceed in forma pauperis (IFP) for an

14   inmate within 30 days. Plaintiff filed two IFP applications (ECF Nos. 4, 5). However, they were

15   both incomplete. On December 1, 2023, the court issued an order giving Plaintiff another 30

16   days to file a completed IFP application for an inmate or pay the full filing fee.  Plaintiff was

17   cautioned that a failure to timely comply with the court's order would lead to a recommendation

18   for dismissal of this action without prejudice. (ECF No. 6.)

19        Plaintiff failed to file a completed IFP application; therefore, this action should be

20   dismissed without prejudice.

21                            **RECOMMENDATION**

22        IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING**

23   this action **WITHOUT PREJUDICE**.

          The Plaintiff should be aware of the following:

1    1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to

2   this Report and Recommendation within fourteen days of being served with a copy of the Report

3   and Recommendation. These objections should be titled "Objections to Magistrate Judge's

4   Report and Recommendation" and should be accompanied by points and authorities for

5   consideration by the district judge.

6    2. That this Report and Recommendation is not an appealable order and that any notice of

7   appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed

8   until entry of judgment by the district court.

9

10  Dated: January 11, 2024

11  _____

     Craig S. Denney

12  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23